USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :   Indictment
       - v. -                       :
                                    :   07 CRIM 391
HAKEEM LAMIDI,                      :
MARIO GHIRARDELLI,                  :
                                    :
               Defendants.          :
                                    :
------------------------------------x

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about December 2005, up to and including in or about January 2006, in the Southern District of New York and elsewhere, HAKEEM LAMIDI and MARIO GHIRARDELLI, the defendants, together with others known and unknown, unlawfully, wilfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 1029 of Title 18 of the United States Code.

2.  It was a part and an object of the conspiracy that HAKEEM LAMIDI and MARIO GHIRARDELLI, the defendants, and others known and unknown, unlawfully, willfully and knowingly, and with intent to defraud, in an offense affecting interstate commerce, would and did effect transactions with one and more access devices issued to another person and persons, to receive payment and other things of value during any 1-year period the aggregate value of which is equal to and greater than $1000, in violation

of Title 18, United States Code, Section 1029(a)(5).

(Title 18, United States Code, Section 1029(b)(2).)

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

(a) From on or about December 28, 2005, up to and including January 9, 2006, HAKEEM LAMIDI, the defendant, cashed at least 16 money orders purchased with an access device issued to another person and without that person's permission.

(b) From on or about December 28, 2005, up to and including January 9, 2006, MARIO GHIRARDELLI, the defendant, cashed at least 10 money orders purchased with an access device issued to another person and without that person's permission.

(Title 18, United States Code, Section 1029(b)(2).)

_____        _____
Foreperson                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HAKEEM LAMIDI,
MARIO GHIRARDELLI,

Defendants.

INDICTMENT

07 Cr.

(18 U.S.C. § 1029)

MICHAEL J. GARCIA
United States Attorney.

*[signature]*

5/7/07 Fld Ind. Post 11-1-07 A/w order. This case is Assigned to Judge Holwell for all purposes.

*Mag Judge Pitman*