```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          **ORDER**

       - v -                         07 Cr. 00391 - 01 (RJH)

HAKEEM LAMIDI

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge D. Freeman, on January 28, 2008;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED

Dated: New York, New York ~~, 2003~~
February 07, 2008

                                             Richard J. Holwell
                                             United States District Judge