P51207 / JYKim

## REQUEST FOR COURT ACTION/DIRECTION

| | | | |
|---|---|---|---|
| To: | Honorable Richard J. Holwell<br>U.S. District Judge | | Offense: Conspiracy to Commit Access<br>Device Fraud (18 USC 1029(b)(2)) |
| From: | Johnny Y. Kim<br>U.S. Probation Officer | | |
| Re: | HAKEEM LAMIDI<br>Docket # 07 CR 391-01 (RJH) | | |
| Defense Counsel: | Mark B. Gombiner<br>(212) 417-8718 | AUSA: | Todd Blanche<br>(212) 637-2494 |
| Date of Sentence: | June 4, 2008 | | |
| Date: | June 10, 2008 | | |

ATTACHMENTS:   PSI   JUDGMENT   PREVIOUS REPORTS   VIOLATION PETITION

REQUESTED FOR:   WARRANT_____   SUMMONS_____   COURT DIRECTION  X  

The above-captioned defendant pleaded guilty to Conspiracy to Commit Access Device Fraud, a Class C felony. On June 5, 2008, he was sentenced to two years' probation and a $12,493.80 order of restitution.

On April 7, 2008, we received a letter (see attached) from Barbara Luck, New York City Probation Officer, which requested a copy of the defendant's presentence report. Officer Luck plans to file a Violation of Probation in connection with the defendant's term of probation (due to expire on November 13, 2010) as a result of the instant case. The requested presentence report is needed in support of the Violation of Probation to be filed.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

LAMIDI, HAKEEM                                                              P51207 / JYKim

Therefore, we are respectfully requesting the Court's permission to release a copy of the presentence report to the New York City Department of Probation. We would ask that Your Honor indicate your decision on the checklist provided below.

    __X__    Permission to release report granted.

    _____    Permission to release report denied.

    _____    Other:_____

__6/10/08__
Date

_____
Honorable Richard J. Holwell
U.S. District Judge

Respectfully Submitted,
Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Johnny Y. Kim
U.S. Probation Officer
(212) 805-5175

cc:   Attachment

Approved by:

_____      __6/10/08__
Allyson L. Felix                                                Date
Supervising U.S. Probation Officer